

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00055-CR

| | | |
|---|---|---|
| JAMES ESTRADA, JR., Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR15544) |
| V. | § | November 16, 2023 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We delete the $100 "fine" from the judgment and the $100 "Family Shelter Fee" from the bill of costs. We also delete $100 from the order to withdraw funds, leaving an outstanding balance of $400. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
Justice Dana Womack